**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2151**

---

ALI BEHROZ AZIZ; SHINKAY AZIZ,

        Plaintiffs - Appellants,

    v.

BEZHAN AZIZ,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Brendan A. Hurson, District Judge.  (8:22-cv-02834-BAH)

---

Submitted:  May 15, 2025                                         Decided:  May 19, 2025

---

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ali Behroz Aziz and Shinkay Aziz, Appellants Pro Se.  Meagan Cooper Borgerson, Jonathan Paul Kagan, KAGAN STERN MARINELLO & BEARD, LLC, Annapolis, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ali Behroz Aziz and Shinkay Aziz appeal the district court's order granting Defendant's motion to enforce a settlement agreement and denying their motions for an emergency status conference and to reopen their civil action. We have reviewed the record and discern no reversible error. Accordingly, we deny as moot all pending motions and affirm the district court's order for the reasons stated by the district court. *Aziz v. Aziz*, No. 8:22-cv-02834-BAH (D. Md. filed Oct. 21, 2024 & entered Oct. 22, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
